NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GARY WILLIAMS, DOC #H07666,  )
                             )
            Appellant,       )
                             )
v.                           )        Case No. 2D17-3994
                             )
STATE OF FLORIDA,            )
                             )
            Appellee.        )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Gary Williams, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.


PER CURIAM.


                Affirmed.



VILLANTI, SLEET, and ATKINSON, JJ., Concur.